**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLSTAR HEALTH SYSTEM, INC.,<br><br>Defendant. | Docket No. 1:24-cv-01748-JPB |

**DEFENDANT WELLSTAR HEALTH SYSTEM, INC.'S
MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wellstar Health System, Inc., ("Wellstar"), by counsel, moves to dismiss in its entirety the putative Class Action Complaint filed by Jane Doe, individually and on behalf of all others similarly situated ("Plaintiff"). Each of Plaintiff's counts fails to state a claim upon which relief can be granted. In support of this motion, Defendant is filing an accompanying Memorandum of Law.

Respectfully submitted this 12th day of July, 2024.

Respectfully submitted,

*/s/ Robert M. Brennan*
Robert M. Brennan
Georgia Bar No. 079798
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Phone: 404-523-5300
Fax: 404-522-8409
bbrennan@phrd.com

Scott S. Christie (*pro hac vice* pending)
New Jersey Bar No. 037901989
Matthew A. Sklar (admitted *pro hac vice*)
New Jersey Bar No. 013662008
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 622-4444
Fax: (973) 624-7070
schristie@mccarter.com
msklar@mccarter.com

*Counsel for Defendant*
*Wellstar Health System, Inc.*

## CERTIFICATE OF COMPLIANCE

In compliance with LR 7.1D, N.D. Ga., I certify that the foregoing **MOTION TO DISMISS** has been prepared in conformity with LR 5.1, N.D. Ga. This memorandum was prepared with Times New Roman (14 point) type, with a top margin of one (1) inch and a left margin of one (1) inch. This memorandum is proportionately spaced, and is no longer than 25 pages.

/s/ Robert M. Brennan
Robert M. Brennan

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO DISMISS** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to the following counsel of record:

Andrew R. Tate
Peiffer Wolf Carr Kane Conway & Wise, LLP
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303

Brandon M. Wise (admitted *pro hac vice*)
Peiffer Wolf Carr Kane Conway & Wise, LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63101

David S. Almeida (admitted *pro hac vice*)
Elena Belov (admitted *pro hac vice*)
Britany Kabakov (admitted *pro hac vice*)
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, Illinois 60614

This 12th day of July, 2024.

/s/ Robert M. Brennan
Robert M. Brennan