UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JANE DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLSTAR HEALTH SYSTEM, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:24-CV-01748-JPB |

**ORDER**

This matter is before the Court on Defendant's Motion to Dismiss [Doc. 17]. After the motion was filed, Plaintiffs filed an Amended Complaint. [Doc. 20]. In light of the amended pleading, the motion is **DENIED** as moot.

**SO ORDERED** this 5th day of August, 2024.

**J. P. BOULEE**
United States District Judge