**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| JANE DOE, JANE DOE #2, JANE DOE # 3, and JOHN DOE individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLSTAR HEALTH SYSTEM, INC.,<br><br>    Defendant. | Docket No. 1:24-cv-01748-JPB |

**DEFENDANT WELLSTAR HEALTH SYSTEM, INC.'S
MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Wellstar Health System, Inc., ("Wellstar"), by counsel, moves to dismiss in its entirety the putative Amended Class Action Complaint filed by Jane Doe. Jane Doe #2, Jane Doe #3, and John Doe, individually and on behalf of all others similarly situated ("Plaintiffs"). Each of Plaintiffs counts fails to state a claim upon which relief can be granted. In support of this motion, Defendant is filing an accompanying Memorandum of Law.

Respectfully submitted this 30th day of August, 2024.

Respectfully submitted,

*/s/ Robert M. Brennan*

Robert M. Brennan
Georgia Bar No. 079798
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Phone: 404-523-5300
Fax: 404-522-8409
bbrennan@phrd.com

Scott S. Christie (*pro hac vice*)
New Jersey Bar No. 037901989
Matthew A. Sklar (*pro hac vice*)
New Jersey Bar No. 013662008
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 622-4444
Fax: (973) 624-7070
schristie@mccarter.com
msklar@mccarter.com

*Counsel for Defendant*
*Wellstar Health System, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT'S WELLSTAR HEALTH SYSTEM, INC.'S MOTION TO DISMISS AMENDED COMPLAINT** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF, which will automatically send an electronic copy to all counsel of record.

This 30th day of August, 2024.

/s/ Robert M. Brennan
Robert M Brennan