**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| JANE DOE, JANE DOE #2, JANE DOE # 3, and JOHN DOE, individually, and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>WELLSTAR HEALTH SYSTEM, INC.,<br>Defendant. | Docket No. 1:24-cv-01748-JPB |

**<u>DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY</u>**

Robert M. Brennan
Georgia Bar No. 079798
PARKER, HUDSON, RAINER & DOBBS, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Phone: 404-523-5300
Fax: 404-522-8409
bbrennan@phrd.com

*Counsel for Defendant*
*Wellstar Health System, Inc.*

Scott S. Christie (*pro hac vice*)
New Jersey Bar No. 037901989
Matthew A. Sklar (*pro hac vice*)
New Jersey Bar No. 013662008
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 622-4444
Fax: (973) 624-7070
schristie@mccarter.com
msklar@mccarter.com

*Counsel for Defendant*
*Wellstar Health System, Inc.*

Defendant Wellstar Health System, Inc. ("Wellstar"), by and through its attorneys of record, files this Notice of Filing Supplemental Authority in connection with its pending motion to dismiss (ECF No. 23).

As noted in Wellstar's opening and reply briefs, Judge Thrash dismissed claims nearly identical to those presented to this Court. *See T.D. v. Piedmont Healthcare, Inc.*, Case No. 1:23-CV-5416-TWT, 2024 WL 3972984 (N.D. Ga. Aug. 28, 2024); *see also* ECF No. 23-1 at 21-22, 23, 27, 29, 36, 38; ECF No. 30 at 7, 13-14, 16, 21, 22, 24-25. The *Piedmont* case is instructive, and Plaintiffs attempted to diminish its significance by noting that the "[p]laintiffs in *Piedmont* filed a Motion for Reconsideration." (ECF No. 27 (page 16, footnote 9)).

On December 10, 2024, that reconsideration motion was denied, and a copy of the corresponding opinion and order is attached as Exhibit A.

Dated: December 24, 2024

Respectfully submitted,

/s/ *Robert M. Brennan*

Robert M. Brennan
**PARKER, HUDSON, RAINER & DOBBS, LLP**
303 Peachtree Street NE
Suite 3600
Atlanta, GA 30308
Phone: 404-523-5300
Fax: 404-522-8409
bbrennan@phrd.com

Scott S. Christie (*pro hac vice*)
Matthew A. Sklar (*pro hac vice*)
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry St.
Newark, NJ 07172
Phone: (973) 622-4444
Fax: (973) 624-7070
schristie@mccarter.com
msklar@mccarter.com

*Counsel for Defendant*
*Wellstar Health System, Inc.*

**CERTIFICATE OF COMPLIANCE & SERVICE**

This is to certify that, pursuant to Civil Local Rules 5.1 and 7.1, the foregoing has been prepared using Times New Roman in 14 point font and that I have this day electronically filed with the Clerk of Court a copy of the foregoing using the CM/ECF system which automatically sent e-mail notification of such filing to the attorneys of record in this action, each of whom is a registered participant in the Court's electronic notice and filing system.

Dated: December 24, 2024

*/s/ Robert M. Brennan*
Robert M. Brennan