**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JANE DOE, JANE DOE #2, JANE DOE #3, and JOHN DOE, *individually, and on behalf of all others similarly situated*,

Plaintiffs,

v.

WELLSTAR HEALTH SYSTEM, INC.,

Defendant.

**Case No. 1:24-cv-01748-JPB**

**WELLSTAR'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

Defendant Wellstar Health System, Inc. ("Wellstar") files this Answer and Affirmative Defenses in response to Plaintiffs' Amended Class Action Complaint [Doc. 20].

## INTRODUCTION

1. Wellstar admits that Plaintiffs are bringing their action individually and are seeking certification of a class action. Wellstar denies the remaining allegations of this paragraph.

2. Wellstar admits it installed Google and Meta Collection tools on certain Wellstar websites. Wellstar denies the remaining allegations of this paragraph.

3. Denied.

4. Denied.

5. Wellstar admits it provided for the use of certain online healthcare tools to patients. Wellstar denies the remaining allegations in this paragraph.

6. Wellstar admits it provided for the use of certain online healthcare tools to patients. Wellstar denies the remaining allegations in this paragraph.

7. Denied.

8. Denied.

9. Denied.

10. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Denied.

12. Denied.

13. Denied.

14. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

17. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18. To the extent the allegations in this paragraph are a summary or characterization of statutes, the statutes speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations..

19. Denied.

20. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of the decision in a state court case, the case speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

21. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of a Federal Trade Commission bulletin, the bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

22. To the extent the allegations in this paragraph are a summary or characterization of a Federal Trade Commission bulletin, the bulletin speaks for

itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

23. Denied.

24. Denied.

25. Wellstar admits it is one of Georgia's largest and most integrated nonprofit health systems with more than 300 locations, including 11 hospitals and 25,000 team members. Wellstar denies the remaining allegations of this paragraph.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Wellstar admits that Plaintiffs seek to bring claims individually and on behalf of a class. Wellstar denies that Plaintiffs have properly defined a class, that the proposed class can be certified, or that it violated their right to privacy or any federal or state laws.

## PARTIES

32. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the same.

33. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the same.

34. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the same.

35. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and therefore denies the same.

36. Wellstar Health System, Inc. is the proper name of the defendant entity. The remaining allegations of this paragraph are admitted.

37. Admitted.

38. Admitted.

## JURISDICTION & VENUE

39. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same. Wellstar does not intend to challenge the jurisdiction of this Court.

40. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same. Wellstar does not intend to challenge the jurisdiction of this Court.

41. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same. Wellstar does not intend to challenge the jurisdiction of this Court.

42. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same. Wellstar does not intend to challenge the jurisdiction of this Court.

43. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same. Wellstar does not intend to challenge venue in this lawsuit.

## FACTUAL BACKGROUND

### I. PLAINTIFFS ALLEGE THAT WELLSTAR SECRETLY DISCLOSED AND PERMITTED THIRD PARTIES TO INCTERCEPT PLAINTIFFS' & CLASS MEMBERS' PHI

44. Wellstar admits it offers the use of certain online healthcare tools to patients. Wellstar denies the remaining allegations in this paragraph.

45. Wellstar admits patients were required to provide certain personal information to receive healthcare services. Wellstar denies the remaining allegations in this paragraph.

46. Denied.

47. Denied.

### *A. Plaintiffs' Allegations Regarding Defendant's Use of Source Code, Google Analytics and the Meta Pixel & Interception of HTTP Requests.*

48. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

49. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

50. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

51. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

52. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

53. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

54. Wellstar admits it promotes the use of certain online healthcare tools to patients. Wellstar denies the remaining allegations in this paragraph.

55. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

56. Denied.

57. Denied.

### *B. Plaintiffs' Allegations Regarding Meta's Collection Tools Redirect Patients' Data from Wellstar's Web Properties to Facebook to Use for Ad Targeting*

58. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

59. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

60. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

61. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

62. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

63. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

64. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

65. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

66. Wellstar admits that Plaintiffs do not have insight into whether any information has been uploaded to Meta.

67. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

68. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

69. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

70. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Facebook, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

71. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Facebook, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

72. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

73. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

74. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

75. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

76. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

77. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

78. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

79. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Jefferson Graham, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***C. Plaintiffs' Allegation that Wellstar Improperly Disclosed Plaintiffs' & Class Members' Private Information to Meta.***

80. Wellstar admits it utilized Facebook advertisements. Wellstar denies the remaining allegations in this paragraph.

81. Denied.

82. Denied.

83. Denied.

84. Wellstar denies it was tracking Plaintiffs' "every movement and disclosing same to Facebook or other third party advertising companies." Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph.

85. Denied.

86. Denied.

87. Denied.

88. Denied.

89. Denied.

***D. Plaintiffs' Allegations that Google's Collection Tools Redirect Patients' Data from Wellstar's Web Properties to Google to Use for Ad Targeting.***

90. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

91. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

92. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by

Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

93. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

94. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

95. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

96. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

97. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

98. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

99. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

100. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

101. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

102. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

103. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

104. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

105. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

106. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article by Google, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

107. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

108. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

109. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

110. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

111. Denied.

***E. Plaintiffs' Allegations that Wellstar Improperly Disclosed Plaintiffs' and Class Members' Private Information to Google.***

112. Denied.

113. Denied.

114. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

***F. Plaintiffs' Allegations Regarding Google and Meta Use Identifiers to Match the Health Information They Collect with Google and Facebook Users.***

115. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

116. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

117. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

118. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

119. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

120. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

121. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

122. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

123. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

124. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

125. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

126. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

127. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

128. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

129. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

130. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

131. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

132. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

133. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

134. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

135. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

136. To the extent the allegations in this paragraph contain legal conclusions, no response is required, and on that basis Wellstar denies the same. Further,

Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

137. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

138. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

139. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

140. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article published by Facebook, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

141. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. Further, to the extent the allegations in this paragraph are a summary or characterization of an article published by Facebook, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

142. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

143. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

144. Denied.

145. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

146. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### ***G. Plaintiffs' Allegations Regarding Evidence that Wellstar Installed the Meta Pixel on its Web Properties and Used the Meta Pixel to Transmit Private Information to Meta.***

147. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

148. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

149. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those

statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

150. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

151. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

***Plaintiffs' Allegations that Wellstar Disclosed Users' Physician Search Activities***

152. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

153. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

154. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those

statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

155. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

156. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

**Plaintiffs' Allegations that Wellstar Disclosed Users' Keyword Search Activities**

157. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

158. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

159. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

160. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

161. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

162. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

163. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***Plaintiffs' Allegations that Wellstar Disclosed Users' Appointment Activities***

164. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

165. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

166. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

167. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

168. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

**Plaintiffs' Allegations that Wellstar**
**Disclosed Users' MyChart Activities and Bill Pay Activities**

169. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

170. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

171. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

172. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

173. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those

statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

174. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***Plaintiffs' Allegations that Wellstar Installed Third-Party Tracking Software Inside its MyChart Patient Portal***

175. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

### *H. Plaintiffs' Alleged Evidence that Wellstar Installed Google Analytics on its Web Properties and Used It to Transmit Private Information to Google.*

176. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

177. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those

statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

178. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

179. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

180. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

181. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

182. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those

statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

183. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

184. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

185. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

186. To the extent the allegations in this paragraph are a summary or characterization of information available on a website operated by Wellstar, those statements speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

### *I. Plaintiffs' Allegations Regarding Wellstar's Privacy Policies & Promises.*

187. To the extent the allegations in this paragraph are a summary or characterization of Wellstar's privacy policies, those privacy policies speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

188. To the extent the allegations in this paragraph are a summary or characterization of Wellstar's privacy policies, those privacy policies speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

189. To the extent the allegations in this paragraph are a summary or characterization of notices by Wellstar, the notices speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

190. To the extent the allegations in this paragraph are a summary or characterization of notices by Wellstar, the notices speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

191. To the extent the allegations in this paragraph are a summary or characterization of notices by Wellstar, the notices speak for themselves, and to

the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

192. To the extent the allegations in this paragraph are a summary or characterization of Wellstar's privacy policies, those privacy policies speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

193. Denied.

194. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

195. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

196. Denied.

197. Denied.

198. Denied.

199. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

200. To the extent the allegations in this paragraph are a summary or characterization of Wellstar's policies, those privacy policies speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

201. Denied.

### *J. Plaintiffs' Allegations that Defendant's Conduct Violates Federal & State Privacy Laws.*

#### *1. Plaintiffs' Allegation that the HIPAA Privacy Rule Protects Healthcare Information.*

202. Admitted.

203. HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

204. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

205. HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

206. HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

207. Although Wellstar admits that HIPAA establishes nationwide guidelines, these guidelines apply only to limited health information. However, Wellstar denies that HIPAA imposes any restrictions on the use of disclosure of health information. Further, to the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the

extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

208. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

209. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

210. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***2. Plaintiffs' Allegation that HIPAA Protects Patients Status Information.***

211. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

212. To the extent the allegations in this paragraph are a summary or characterization of guidance from HHS, HHS's guidance speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

213. To the extent the allegations in this paragraph are a summary or characterization of guidance from HHS, HHS's guidance speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

214. To the extent the allegations in this paragraph reference guidance from HHS, HHS's guidance speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***3. Plaintiffs' Allegations that HIPAA's Protections Do Not Exclude Internet Marketing.***

215. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

216. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

217. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations. Further, Wellstar denies the remaining allegations in this paragraph.

218. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

219. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

220. To the extent the allegations in this paragraph reference a bulletin by HHS, HHS's bulletin speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

221. Denied.

***4. Plaintiffs' Allegations that Under HIPAA, IP Addresses are Personally Identifiable Information.***

222. Denied.

223. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

224. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

225. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

226. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

227. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

228. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

229. To the extent the allegations in this paragraph are a summary or characterization of HIPAA, HIPAA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

230. Denied.

***5. Plaintiffs' Allegation that the FTC Act Protects Health Information***

231. To the extent the allegations in this paragraph reference an article published by Elisa Jillson, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations. Further, Wellstar denies the remaining allegations in this paragraph.

232. To the extent the allegations in this paragraph reference an article published by the FTC, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations. Further, Wellstar denies the remaining allegations in this paragraph.

233. Denied.

***6. Plaintiffs' Allegation that Georgia Law Protects Health Information.***

234. To the extent the allegations in this paragraph are a summary or characterization of O.C.G.A. § 31-33-2 and O.C.G.A. § 31-33-2, the statutes speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

235. To the extent the allegations in this paragraph are a summary or characterization of O.C.G.A. § 31-33-8, the statute speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

236. Denied.

***7. Plaintiffs' Allegation that Wellstar Violated Industry Standards.***

237. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

238. To the extent the allegations in this paragraph are a summary or characterization of the AMA Code of Ethics, the code speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

239. To the extent the allegations in this paragraph are a summary or characterization of AMA Code of Ethics Opinion 3.1.1, the code speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

240. To the extent the allegations in this paragraph are a summary or characterization of AMA Code of Ethics Opinion 3.2.4, the code speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

241. To the extent the allegations in this paragraph are a summary or characterization of AMA Code of Ethics Opinion 3.3.2, the code speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

***K. Plaintiffs' Allegations Regarding Plaintiffs' & Class Members' Expectations of Privacy.***

242. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

243. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

244. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

245. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

246. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

247. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### *L. Plaintiffs' Allegation that Patients Have Protectable Property Interests in Their IIHI.*

248. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

249. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

250. Denied.

251. Denied.

252. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

253. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference statements by Mark Zuckerberg, the statements speak

for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations

254. Denied.

***M. Plaintiffs' Allegation that the Information Wellstar Discloses to Google and Meta Without Plaintiffs' or Class Members' Consent Has Actual, Measurable Monetary Value.***

255. Denied.

256. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

257. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

258. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

259. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by the Economist or TechCrunch, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

260. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by the Economist, the article

speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

261. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Washington Monthly, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

262. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Paul M. Schwartz, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

263. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

264. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

265. To the extent the allegations in this paragraph are a summary or characterization of court opinions, the opinions speak for themselves, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations..

266. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

267. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

268. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

269. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by the Value Examiner, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

270. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Trustwave Global Security, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

271. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Time Magazine, the article

speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

272. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by CNBC, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

273. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

274. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

275. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### *N. Plaintiffs' Allegation that Defendant was Enriched & Benefitted from the Use of The Google & Meta Collection Tools & Unauthorized Disclosures.*

276. Denied.

277. Denied.

278. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

279. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

280. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

281. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

282. Denied.

283. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

284. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Freshpaint, the article speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

285. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

286. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph. And to the extent the allegations in this paragraph reference an article published by Medico Digital, the article

speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

287. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

288. Denied.

289. Denied.

## REPRESENTATIVE PLAINTIFFS' EXPERIENCE

### *A. Plaintiffs' Allegations Regarding Plaintiff JANE DOE's Experience*

290. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

291. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

292. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

293. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

294. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

295. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

296. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

297. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

298. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

299. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

300. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

301. Denied.

302. Denied.

303. Denied.

304. Denied.

305. Denied.

306. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

307. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### *B. Plaintiffs' Allegations Regarding Plaintiff JANE DOE #2's Experience*

308. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

309. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph

310. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

311. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

312. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

313. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

314. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

315. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

316. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

317. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

318. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

319. Denied.

320. Denied.

321. Denied.

322. Denied.

323. Denied.

324. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

325. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

***C. Plaintiffs' Allegations Regarding Plaintiff JANE DOE #3's Experience***

326. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

327. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

328. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

329. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

330. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

331. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

332. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

333. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

334. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

335. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

336. Denied.

337. Denied.

338. Denied.

339. Denied.

340. Denied.

341. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

342. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

***D. Plaintiffs' Allegations Regarding Plaintiff JOHN DOE's Experience***

343. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

344. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

345. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

346. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

347. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

348. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

349. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

350. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

351. Denied.

352. Denied.

353. Denied.

354. Denied.

355. Denied.

356. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

357. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## PLAINTIFFS' ALLEGATION REGARDING TOLLING

358. Denied.

359. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

360. Denied.

361. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

362. Denied.

363. Denied.

364. Denied.

365. Wellstar lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## CLASS ACTION ALLEGATIONS

366. Wellstar admits Plaintiffs seek to bring this action individually and on behalf of all other persons similarly situated. Wellstar denies the remaining allegations in this paragraph

367. Wellstar admits Plaintiffs seek certification of the proposed class described in this paragraph. Wellstar denies the remaining allegations in this paragraph.

368. Wellstar admits Plaintiffs seek certification of the proposed class as limited by this paragraph. Wellstar denies the remaining allegations in this paragraph.

369. Wellstar admits Plaintiffs seek to reserve the right to modify or amend their proposed class definition. Wellstar denies the remaining allegations in this paragraph.

370. Denied.

371. Denied.

372. Denied.

373. Denied.

374. Denied.

375. Denied.

376. Denied.

377. Denied.

378. Denied.

379. Denied.

380. Denied.

381. Denied.

382. Denied.

## CLAIMS FOR RELIEF

## COUNT I

## INVASION OF PRIVACY— INTRUSION UPON SECLUSION (*On Behalf of Plaintiff & the Class*)

383. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

384. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

385. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

386. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

387. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

388. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

389. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

390. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

391. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

392. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

393. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

394. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

395. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT II

## BREACH OF FIDUCIARY DUTY
**(*On Behalf of Plaintiff & the Class*)**

396. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

397. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

398. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

399. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

400. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

401. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

402. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT III

### NEGLIGENCE
**(*On Behalf of Plaintiff & the Class*)**

403. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

404. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

405. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

406. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

407. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

408. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

409. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

410. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

411. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

412. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

413. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

414. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

415. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT IV

**NEGLIGENCE PER SE**
**(*On Behalf of Plaintiff & the Class*)**

416. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

417. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

418. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

419. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

420. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

421. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

422. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

423. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

424. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

425. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

426. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

427. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

428. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

429. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

430. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

431. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT V

## BREACH OF IMPLIED CONTRACT
**(*On behalf of Plaintiff & the Class*)**

432. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

433. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

434. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

435. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

436. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

437. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

438. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT VI

### BREACH OF EXPRESS CONTRACT
**(*On behalf of Plaintiff & the Class*)**

439. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

440. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

441. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

442. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

443. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

444. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

445. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

446. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

447. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

448. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

449. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

450. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

451. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

452. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

453. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

454. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

455. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

456. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

457. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

458. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

459. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

460. No response is needed as this claim has been dismissed. To the extent a response is needed, denied.

## COUNT VII

### UNJUST ENRICHMENT
**(*On behalf of Plaintiff & the Class*)**

461. Wellstar asserts the same denials as in the preceding sections.

462. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

463. Denied.

464. Denied.

465. Denied.

466. Denied.

467. Denied.

468. Denied.

## COUNT VIII

**VIOLATIONS OF ELECTRONIC COMMUNICATIONS PRIVACY ACT**
**18 U.S.C. § 2511(1), *et seq.***
**Unauthorized Interception, Use and Disclosure**
**(*On Behalf of Plaintiff & the Class*)**

469. Wellstar asserts the same denials as in the preceding sections.

470. To the extent the allegations in this paragraph are a summary or characterization of the Electronic Communications Privacy Act (the "ECPA"), the ECPA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

471. To the extent the allegations in this paragraph are a summary or characterization of the ECPA, the ECPA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

472. To the extent the allegations in this paragraph are a summary or characterization of the ECPA, the ECPA speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

473. Denied.

474. Denied.

475. Denied.

476. Denied.

477. Denied.

478. To the extent the allegations in this paragraph are a summary or characterization of 18 U.S.C. § 2510(5), the statute speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations. Further, Wellstar denies the remaining allegations of this paragraph.

479. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

480. Denied.

481. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

482. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

483. This paragraph contains legal conclusions to which no response is required, and on that basis Wellstar denies the same.

484. Denied.

485. Denied.

486. To the extent the allegations in this paragraph are a summary or characterization of 18 U.S.C. § 1343, the statute speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations

487. To the extent the allegations in this paragraph are a summary or characterization of 18 U.S.C. § 1349, the statute speaks for itself, and to the extent the allegations in this paragraph vary therefrom, Wellstar denies those allegations.

488. Denied.

489. Denied.

490. Denied.

491. Denied.

492. Denied.

493. Wellstar denies that Plaintiffs and putative class members are entitled to any of the relief sought in this paragraph. Wellstar denies the remaining allegations of this paragraph.

494. Denied.

495. Denied.

496. Wellstar denies that Plaintiffs and putative class members are entitled to any of the relief sought in this paragraph. Further, Wellstar denies the remaining allegations of this paragraph.

## PRAYER FOR RELIEF

The unnumbered "WHEREFORE" Paragraph is a prayer for relief, in response to which Wellstar denies that Plaintiffs are entitled to a judgment against Wellstar or to recover from Wellstar the damages and other relief sought in the prayer. Wellstar acknowledges that Plaintiffs are seeking a jury trial, but denies that such a trial should be held because the claims against it should be dismissed as a matter of law.

## GENERAL DENIAL

Wellstar denies each and every allegation of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

Wellstar's affirmative defenses to Plaintiffs' Complaint are set forth below. By setting forth the following allegations and defenses, Wellstar does not assume any additional burden of proof on matters and issues beyond those that Wellstar has as a matter of law.

## FIRST AFFIRMATIVE DEFENSE

Wellstar affirmatively asserts that the Complaint, in whole or part, fails to state a claim or cause of action upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because Plaintiffs and/or members of the putative class lack standing and cannot prove, and have not pleaded, any legally cognizable injury that is traceable to any conduct on the part of Wellstar and/or Plaintiffs and the putative class have not sustained recoverable damages.

**THIRD AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and/or members of the proposed class may be barred, in whole or in part, to the extent any injury sustained by Plaintiffs and/or members of the proposed class was proximately and actually caused, in whole or in part, by the acts or omissions on the part of Plaintiffs and/or others for whose conduct Wellstar is not responsible.

**FOURTH AFFIRMATIVE DEFENSE**

Any claims for incidental or consequential damages may be barred by written disclaimers.

**FIFTH AFFIRMATIVE DEFENSE**

If any persons or entities claiming to be members of the proposed class have settled or released their claims, they may be barred from recovery, in whole or in part, by such settlements or releases.

**SIXTH AFFIRMATIVE DEFENSE**

If any persons claiming to be members of the proposed class have resolved similar or the same claims as those alleged in the Complaint, they may be barred from recovery, in whole or in part, on the ground that they are subject to the defense of accord and satisfaction.

**SEVENTH AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and/or members of the proposed class may be time-barred under the applicable statute of limitations.

**EIGTH AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and/or members of the proposed class may be barred, in whole or in part, based on the doctrines of waiver, estoppel, and/or laches.

**NINTH AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and/or members of the proposed class may be barred, in whole or in part, to the extent Plaintiffs and/or members of the proposed class have failed to mitigate damages and/or have caused some or all of the alleged damage of which they now complain.

**TENTH AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and/or members of the proposed class may be barred, in whole or in part, because Plaintiffs and members of the proposed class cannot

meet their burden of showing that any acts, conduct, statement, or omissions on the part of Wellstar were likely to mislead.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' action is not properly maintained as a class action because the requirements under federal law for class certification are not met and because certification of the proposed class would result in a denial of due process to Wellstar as well as to the proposed class.

**TWELTH AFFIRMATIVE DEFENSE**

The action is not appropriate for class treatment because Plaintiffs' claims necessarily revolve around the individual usage of PII/PHI of Plaintiffs and each member of the proposed class.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The claims of Plaintiffs and members of the proposed class may be barred based on the doctrines of primary jurisdiction and/or preemption.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The Complaint fails to allege a claim for which punitive damages can be recovered and any such award would violate the U.S. Constitution and the Constitution of the State of Georgia.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Wellstar affirmatively asserts that any representations that were made, if any, were made without any intent to induce reliance.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, reduced and/or limited pursuant to applicable statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

To the extent that Plaintiffs' claims have been settled or Plaintiffs will in the future settle with any person or entity with respect to the injuries and damages alleged in the Complaint, any liability of Wellstar, if any, should be reduced accordingly.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because they are attempts to disguise invalid claims under Health Insurance Portability and Accountability Act ("HIPAA"), which does not permit a private right of action.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because Plaintiffs knowingly and voluntarily waived any reasonable expectation of privacy by utilizing Wellstar's publicly available website.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred because Plaintiffs had no reasonable expectation of privacy as it relates to activity on a publicly available website.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Wellstar's conduct and/or acts were not willful, wanton, malicious, reckless, fraudulent or done with a conscious disregard for the rights of Plaintiffs or the putative class. Nor does any of Wellstar's conduct and/or acts demonstrate that Wellstar acted with a high degree of moral culpability. In fact, Wellstar exercised reasonable care at all times alleged in the Complaint, and Plaintiffs have failed to clearly establish any entitlement to damages based on Plaintiffs' allegations.

**RESERVATION OF RIGHT TO ASSERT ADDITIONAL DEFENSES**

Additional facts currently unknown to Wellstar may be revealed through the course of discovery and further investigation that will support additional defenses. Wellstar reserves the right to assert additional affirmative defenses in the future.

**PRAYER FOR RELIEF**

WHEREFORE, Wellstar, having answered the allegations of Plaintiffs' Complaint and having set forth its defenses, asks that this Court enter judgment in its favor, as follows:

(1) That Plaintiffs and members of the proposed class take nothing by reason of this suit;

(2) Dismissal with prejudice of all claims in the Complaint;

(3) Entry of a judgment for reasonable attorneys' fees and costs in favor of Wellstar, as appropriate;

(4) That the proposed certification of any class herein be denied; and

(5) Any other relief the Court deems proper.

This 19th day of September, 2025.

Respectfully submitted,

**SHOOK, HARDY & BACON LLP**

*/s/ Joshua L. Becker*
Joshua L. Becker
GA Bar # 046046
jbecker@shb.com
Caroline M. Gieser
GA Bar #167916
cgieser@shb.com
Jonathan R. Hirsch
GA Bar # 728549
jhirsch@shb.com
1230 Peachtree St., Suite 1200
Atlanta, GA 30309
(t) (470) 867-6000
(f) (470) 867-6001
*Counsel for Defendant Wellstar Health System, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE, JANE DOE #2, JANE DOE #3, and JOHN DOE, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLSTAR HEALTH SYSTEM, INC.,<br><br>Defendant. | **Case No. 1:24-cv-01748-JPB** |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

The undersigned certifies that on September 19, 2025, the foregoing was filed and served via the ECF/CM system with the Clerk of the Court which will serve Notice of Electronic Filing upon counsel of record via electronic mail.

Pursuant to L.R. 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, fourteen point, and that the margins are at least one inch, pursuant to L.R. 5.1(C) and (D).

*/s/ Joshua L. Becker*
Joshua L. Becker
GA Bar # 046046