**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JANE DOE, JANE DOE #2, JANE DOE #3, and JOHN DOE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLSTAR HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No. 1:24-cv-01748-JPB |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Jane Doe, Jane Doe #2, Jane Doe #3, and John Doe ("Plaintiffs"), by and through undersigned counsel, respectfully move for preliminary approval of the Parties' proposed class action settlement. Defendant Wellstar Health System, Inc. consents to this motion. In support, Plaintiffs contemporaneously file a Memorandum of Law and accompanying exhibits.

Respectfully submitted this the 22nd day of July, 2026.

Respectfully submitted,

*/s/ Britany A. Wessan*
Britany A. Wessan*
David S. Almeida*
**ALMEIDA LAW GROUP LLC**

1

849 W. Webster Avenue
Chicago, IL 60614
(708) 529-5418
britany@almeidalawgroup.com
david@almeidalawgroup.com

Andrew Tate
**PEIFFER WOLF CARR KANE
CONWAY & WISE LLP**
235 Peachtree Street NE, Suite 400
Atlanta, GA 30303
(404) 282-4806
Fax: 504-608-1465
atate@peifferwolf.com

Brandon Wise*
**PEIFFER WOLF CARR KANE
CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4827
bwise@peifferwolf.com

Carolyn Cuneo*
**MILBERG PLLC**
800 South Gay Street, Suite 1100
Knoxville, TN 37929
(866) 252-0878
CJCuneo@milberg.com

*Counsel for Plaintiffs and
the Proposed Class*

\* Admitted *Pro Hac Vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF, which will automatically send an electronic copy to all counsel of record.


Dated: July 22, 2026                    */s/ Britany A. Wessan*
                                        Britany A. Wessan